UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PAUL THUOTTE | ) |
| | ) Case No. 4:16-CV-548-RK |
| v. | ) |
| | ) |
| PETROMARK, INC., | ) |

## CONSENT MOTION TO DISMISS ACTION WITH PREJUDICE

Paul Thuotte, Plaintiff, through undersigned counsel, respectfully submits this Consent Motion to Dismiss Action With Prejudice. The parties seek to dismiss this this action for the following reasons:

1. Plaintiff and defendant have reached an agreement upon a full and final settlement agreement that includes certain future performances by the parties.

2. The settlement documents are currently being executed.

3. Counsel for defendant has reviewed this Motion and the attached Order prior to same being filed with the Court, and consents and agrees to the entry of the Order and the relief requested therein.

Wherefore, Paul Thuotte, Plaintiff, through undersigned counsel, respectfully requests that this Court grant this consent motions and: dismiss this lawsuit with prejudice and administratively close this matter.

Respectfully Submitted,


THE STAROSTA LAW FIRM
Timothy Starosta (MO # 24040)
Timothy@Starostalaw.com
118 N. Conistor Ln, Ste B #317
Liberty, Missouri 64068
T: 816.399.5733; F: 816.399.0190


\*\*\*AND\*\*\*

THE BIZER LAW FIRM
Garret S. DeReus (MO # 68840)
*pro hac vice* admission
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By: /s/ Garret S. DeReus
    **GARRET S. DEREUS**


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on August 9, 2016 via email to counsel for defendant.

By: /s/ Garret S. DeReus
    **GARRET S. DEREUS**